UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BROADCAST MUSIC, INC.;
MJ PUBLISHING TRUST d/b/a
MIJAC MUSIC; MJ PUBLISHING                    Case No. 09-cv-13844
TRUST d/b/a MIRAN PUBLISHING;                 The Hon. Patrick J. Duggan
FANTASY, INC. d/b/a JONDORA
MUSIC; NICHOLAS L. HEXUM, CHAD
SEXTON, TIMOTHY J. MAHONEY,
DOUGLAS MARTINEZ and AARON
WILLS, a partnership d/b/a HYDROPONIC
MUSIC; ABKCO MUSIC, INC.;
UNIVERSAL-SONGS OF POLYGRAM
INTERNATIONAL, INC.;
WARNER-TAMERLANE PUBLISHING
CORP.,
                    Plaintiffs,

           v.

ORA RESTAURANT GROUP, INC.
d/b/a JOE & LEWIE'S PENALTY
BOX and DIMITRI JOHN
TODOROVSKY, individually,

                    Defendants.
_____

### ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND SUMMONS AND PERMITTING ALTERNATE SERVICE

        This matter having come before the Court on Plaintiffs' Response to this Court's February

17, 2010 Order to Show Cause and *Ex Parte* Motion to Extend the Summons and for Alternate

Service, the Court having been provided with verified facts, affidavits, and other supporting

proofs, and being otherwise fully advised in the premises:

        **IT IS HEREBY ORDERED** that the Order to Show Cause entered on February 17,

2010 is hereby dissolved;

**IT IS FURTHER ORDERED** that the Summons issued in this matter shall be extended 90 days from the original date of expiration, and shall now expire on April 26, 2010;

**IT IS FURTHER ORDERED** that Plaintiffs' request for alternate service is granted, and service of process of the Summons, Complaint, and a copy of this Order shall be served upon the Defendants in the following manner which is reasonably calculated to give Defendants actual notice of the proceedings and an opportunity to be heard:

1) Certified mail on Defendant Todorovsky at 14182 Moffett Dr., Fenton, MI 48430;

2) Tacking by firmly affixing all documents at 14182 Moffett Dr., Fenton, MI 48430;

3) Certified mail on Defendant ORA at 2400 Owen Road, Fenton, MI 48430, the address and location for Joe & Lewie's Penalty Box; and

4) Leaving a copy of all documents for ORA Restaurant Group, Inc. d/b/a at Joe & Lewie's Penalty Box, 2400 Owen Road, Fenton, MI 48430.

IT IS SO ORDERED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: March 1, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 1, 2010,by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager