UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BROADCAST MUSIC, INC.;
MJ PUBLISHING TRUST d/b/a
MIJAC MUSIC; MJ PUBLISHING
TRUST d/b/a MIRAN PUBLISHING;
FANTASY, INC. d/b/a JONDORA
MUSIC; NICHOLAS L. HEXUM, CHAD
SEXTON, TIMOTHY J. MAHONEY,
DOUGLAS MARTINEZ and AARON
WILLS, a partnership d/b/a HYDROPONIC
MUSIC; ABKCO MUSIC, INC.;
UNIVERSAL-SONGS OF POLYGRAM
INTERNATIONAL, INC.;
WARNER-TAMERLANE PUBLISHING
CORP.,

        Plaintiffs,

Case No. 09-cv-13844
The Hon. Patrick J. Duggan

       v.

ORA RESTAURANT GROUP, INC.
d/b/a JOE & LEWIE'S PENALTY
BOX and DIMITRI JOHN
TODOROVSKY, individually,

        Defendants.

---

HOWARD & HOWARD ATTORNEYS PLLC
By:    Patrick M. McCarthy (P49100)
101 North Main - Suite 610
Ann Arbor, MI 48104
Tel: 734-222-1097 / Fax: 734-761-5957
Email: pmccarthy@howardandhoward.com
Attorney for Plaintiffs

ROGER G. ISAAC (P23697)
4438 Oakbridge Drive, Suite A
Flint, MI 48532
Tel: 810-732-4022
Attorneys for Defendants

---

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by and between Plaintiff BROADCAST MUSIC,

INC. on behalf of the Plaintiffs and Defendants ORA RESTAURANT GROUP, INC.

d/b/a JOE & LEWIE'S PENALTY BOX and DIMITRI JOHN TODOROVSKY, individually by

their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the case is hereby dismissed with prejudice; and

**IT IS FURTHER STIPULATED**, that the Court shall retain jurisdiction of the matter to enforce the terms of the parties' Settlement Agreement.

APPROVED AS TO FORM AND CONTENT:

| | |
|---|---|
| BROADCAST MUSIC, INC., for itself and its co-Plaintiffs | ORA RESTAURANT GROUP, INC. d/b/a JOE & LEWIE'S PENALTY BOX and DIMITRI JOHN TODOROVSKY, individually, |
| By: s/Patrick M. McCarthy<br>Patrick M. McCarthy (P49100)<br>Howard & Howard Attorneys PLLC<br>101 North Main - Suite 610<br>Ann Arbor, MI 48104<br>Tel: 734-222-1097 / Fax: 734-761-5957<br>pmccarthy@howardandhoward.com<br>Attorney for Plaintiffs | By: s/Roger G. Isaac<br>ROGER G. ISAAC (P23697)<br>4438 Oakbridge Drive, Suite A<br>Flint, MI 48532<br>Tel: 810-732-4022<br>Attorneys for Defendants |
| Dated: May 28, 2010 | Dated: May 28, 2010 |

**SO ORDERED:**

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: June 1, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 1, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager